**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

CALEB OLUWAKOREDE MUSA,

            Plaintiff,

        -v-                                       1:25-CV-971 (AJB/TWD)

ALBANY MILITARY ENTRANCE
PROCESSING STATION *et al.*,

            Defendants.

_____

**APPEARANCES:**                                     **OF COUNSEL:**

CALEB OLUWAKOREDE MUSA
Plaintiff, Pro Se
5229 Blanche Moore Drive
Corpus Christi, TX 78411

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On July 23, 2025, *pro se* plaintiff Caleb Oluwakorede Musa ("plaintiff") filed this civil action alleging that defendants coerced him into lying about his medical condition in connection with his military enlistment. Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

On October 10, 2025, U.S. Magistrate Judge Thérèse Wiley Dancks advised by Report & Recommendation ("R&R") that plaintiff's IFP Application be denied and, after an initial review of the complaint, advised that plaintiff's complaint also be dismissed without prejudice because the document failed to satisfy federal pleading requirements and was not signed. Dkt. No. 3.

Plaintiff has not lodged objections to the R&R, and the time period in which to do so has expired. *See* Dkt. No. 3. Upon review for clear error, the R&R will be accepted and adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 3) is ACCEPTED;

2. Plaintiff's IFP Application (Dkt. No. 2) is DENIED; and

3. Plaintiff's complaint (Dkt. No. 1) is DISMISSED without prejudice.

The Clerk of the Court is directed to terminate the pending motions, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: October 31, 2025
       Utica, New York.

Anthony J. Brindisi
U.S. District Judge